# MANDEL & MANDEL LLP

**1200 Alfred I. duPont Building**
**169 East Flagler Street**
**Miami, Florida 33131**
**Telephone: (305) 374-7771**
**Facsimile: (305) 374-7776**

Tax I.D. # 65-0963493

Re: Securities and Exchange Commission v. Joseph Hilton et al.

For the period ending November 30, 2012                     Invoice #   15592

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/24/2012 | DSM | Email correspondence with Commission counsel. | 0.20 | 60.00 |
| 9/25/2012 | DSM | Email correspondence with Commission counsel; review of complaint and exhibits and order | 2.50 | 750.00 |
|  | NSM | Conference with counsel re SEC v Pacific Northwestern; review complaint; conference with Kapila re assisting Receiver in new matter; conferences with Kapila re various locations where business expected to be operating; strategize as to proceeding forward. | 2.20 | 660.00 |
| 9/26/2012 | NSM | Emails with Kapila & Co re forwarding entities' mail.to counsel's office; conference with SEC counsel re possibility of entering Hilton's residence and legal issues involved. | 1.00 | 300.00 |
| 9/27/2012 | DSM | Telephone conferences with Commission counsel regarding potential order to gain entry into Hilton's home and related matters. Review of file. | 1.25 | 375.00 |
|  | NSM | Conference with SEC counsel re potential to access Hilton's residence; research re legal authority for Receiver to do so. | 1.00 | 300.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/28/2012 | CN | Telephone call with counsel re research project; research case law re receiver having unfeffered access to fraudster's home when all relevant documents in the home; review of draft motion for order to enter home. | 1.10 | 220.00 |
|  | DSM | Telephone conferences with SEC. | 0.30 | 90.00 |
|  | NSM | Conference with counsel re obtaining access to Hilton's home, review filing; possible alternative business locations. | 1.00 | 300.00 |
| 10/2/2012 | DSM | Email correspondence with forensic accountant; email correspondence with counsel | 0.30 | 90.00 |
| 10/3/2012 | NSM | Emails and conference with Kapila & Co. re Carter law firm, acting for Hilton and Pacific Northwestern; discussion re same; discussion re status of forwarding mail to Receiver. | 1.00 | 300.00 |
| 10/5/2012 | NSM | Attend deposition via telephone of Kentucky Mining agency, review documents re same. | 2.00 | 600.00 |
|  | DSM | Review of documents received from Commission counsel. | 1.00 | 300.00 |
| 10/8/2012 | NSM | Emails with SEC counsel re preparation for upcoming deposition; conference with Receiver. | 1.00 | 300.00 |
| 10/9/2012 | NSM | Attend deposition of Hilton at SEC, interview Hilton re receivership entities; begin review of documents produced; send correspondence to John Carter seeking turnover of funds. | 4.00 | 1,200.00 |
|  | PC | Review Hilton's Response to First Request for Production and additional pleadings received; begin review and preparation of index of documents provided by Hilton in response to Plaintiff's First Request to Produce. | 6.00 | 600.00 |
|  | DSM | Hilton deposition and meeting with SEC counsel. | 4.00 | 1,200.00 |
| 10/10/2012 | PC | Continued review and preparation of index of documents provided by Hilton in response to Plaintiff's First Request to Produce; review court docket sheet and download various pleadings for our files. | 7.50 | 750.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/10/2012 | NSM | Emails with SEC counsel re info promised by Hilton's counsel; emails with counsel for Hilton re filings, requested contact information and information re emails and website, and production of Hilton's computers; emails with Kapila & Co. re securing computers; follow up with Kapila & Co re receivership mail. | 3.20 | 960.00 |
| 10/11/2012 | NSM | Emails and phone conference with John Carter re obtaining Hilton's computers; telephone conference with CNG technology - drilling company; draft correspondence to companies doing business with Pacific Northwestern, conferences with Kapila & Co; conference with paralegal re status of document review; review investor info; telephone conference with D. Hawk, investor re status of receivership; draft memos to file re same. | 4.50 | 1,350.00 |
| | PC | Continued review and preparation of index of documents provided by Hilton in response to Plaintiff's First Request to Produce. | 4.00 | 400.00 |
| 10/12/2012 | PC | Telephone conferences with investors, prepare memo memorializing same, and forward them an e-mail requesting they forward any documents they have regarding investments to Receiver. | 1.00 | 100.00 |
| | NSM | Discussion with Kapila & Co. re securing mail, opening receivership bank account; review file; conference with paralegal re creating investor database. | 1.50 | 450.00 |
| 10/15/2012 | NSM | Conference with Kapila & Co and paralegal re bank accounts, mail, computers, website, etc.; draft motion to extend receivership over Rock Creek III; online research re same; emails with M. Hunter re same; review Hilton's documents. | 2.50 | 750.00 |
| | PC | Continued review and preparation of index of documents provided by Hilton in response to Plaintiff's First Request to Produce; telephone conferences with investors, prepare memo memorializing same, and forward them an e-mail requesting they forward any documents they have regarding investments to Receiver. | 5.50 | 550.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/15/2012 | DSM | Numerous email correspondence with counsel and forensic accountant. | 1.00 | 300.00 |
| 10/16/2012 | PC | Receipt and review of bank records and forward same to accountant; continued review and preparation of index of documents provided by Hilton in response to Plaintiff's First Request to Produce; telephone conferences with investors, prepare memo memorializing same, and forward them an e-mail requesting they forward any documents they have regarding investments to Receiver. | 7.50 | 750.00 |
|  | NSM | Review info from investors; review production from Hilton and CNG Tecnhology. | 2.50 | 750.00 |
| 10/17/2012 | NSM | Review Marvin Combs (Kentucky Dept Minerals) depo transcript; review Hilton's documents, bank records, etc.; draft correspondence to C&L Purchasing. | 3.30 | 990.00 |
|  | PC | Telephone conferences with investors, prepare memo memorializing same, and forward them an e-mail requesting they forward any documents they have regarding investments to Receiver; confer with counsel regarding status of matter; download documents retrieved from Joseph and Elizabeth Hilton's computers. | 7.00 | 700.00 |
| 10/18/2012 | NSM | Review documents from Hilton's computers; draft letter to CNG re additional wells; telephone conference with S. Kapila, DSM, et al. re: plan going forward with wells and leases. | 2.50 | 750.00 |
|  | DSM | Conference with counsel and review of file. | 1.00 | 300.00 |
|  | PC | Telephone conferences with investors, prepare memo memorializing same, and forward them an e-mail requesting they forward any documents they have regarding investments to Receiver; receipt and review of documents received from investors; finalize index of documents produced by Joseph Hilton to the SEC. | 7.50 | 750.00 |
| 10/19/2012 | DSM | Conferences with counsel concerning Carter issue and other matters. | 0.50 | 150.00 |
|  | PC | Review documents produced by the Kentucky Department of Mines and Minerals and confer with counsel regarding same; review TD Bank Trust accounts | 7.50 | 750.00 |

|  |  | Hours | Amount |
|---|---|---|---|

relating to Hilton and the various entities subject to the Receivership; telephone conferences with investors, prepare memo memorializing same, and forward them an e-mail requesting they forward any documents they have regarding investments to Receiver.

| 10/19/2012 NSM | Emails and letters with Carter Law firm re receivership funds held in firm's trust account; review bank records re same; review info from investors; emails with CNG Technology; review invoices and documents relating to drilling; update website info; emails with Kapila & Co re potential oil expert and research re same. | 4.20 | 1,260.00 |
|---|---|---|---|
| 10/22/2012 NSM | Review documents from drilling company and from Hilton's computer; plan conference with oil drilling consultant; review court filing. | 2.50 | 750.00 |
| PC | Telephone conferences with investors, prepare memo memorializing same, and forward them an e-mail requesting they forward any documents; respond to Investor e-mails; and review documents retrieved from Joseph and Elizabeth Hilton's computers. | 8.00 | 800.00 |
| 10/23/2012 NSM | Review documents from Hilton's computer; prepare for conference with oil drilling consultant; emails and phone calls with counsel for Hilton; draft motion for order to show cause. | 3.50 | 1,050.00 |
| PC | Telephone conferences with investors regarding status; receipt and review of documents received from investors; confer with Counsel regarding status and various spreadsheets located on the Hilton computers; receipt and review of documents received regarding TD Bank; continued review documents retrieved from Joseph and Elizabeth Hilton's computers. | 7.00 | 700.00 |
| 10/24/2012 DSM | Telephone conference with Kapila; conferences with counsel; draft and execute additional turnover letters to banks. | 1.60 | 480.00 |
| NSM | Telephone conference with Kapila and oil expert re status of wells; research same; review court order re extending receivership over Rock Castle III; forward to banks, mail locations, etc.; strategize re plan to deal with wells. | 3.50 | 1,050.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/24/2012 | PC | Telephone conference with investors regarding status; receipt and review of deposition transcript and exhibits of Marvin Combs; perform Internet research regarding websites related to Joseph Hilton or any of his entities. | 6.00 | 600.00 |
| 10/25/2012 | PC | Receipt and review of documents received from Attorney Don Carter and CNG Technology; draft letter to investors regarding returning checks; receipt and review of documents received from investors; confer with counsel regarding status of matter; and continued review of documents retrieved from the Hilton's computers. | 8.00 | 800.00 |
|  | DSM | Email correspondence with counsel; email correspondence with Mr. Hilton's counsel. | 0.75 | 225.00 |
|  | NSM | Several emails and conferences with Kapila & Co re status of receivership mail from Eagle Shipping; discussions re receivership website; review file; emails with John Conley, CNG Technology. | 3.00 | 900.00 |
| 10/26/2012 | PC | Receipt and review of sworn accounting documents from Joseph Hilton; telephone conference with counsel and accountant regarding status of matter; receipt and review of documents from investors. | 6.50 | 650.00 |
|  | NSM | Telephone conference with Kapila re status of review of oil well records and information; plan for further investigation re well, productivity, expenses, etc.; review financial records re investor activity; review documents from Carter Law Firm; draft subpoenas to Carter Law Firm and Hilton; work on status report. | 4.50 | 1,350.00 |
|  | DSM | Email correspondence with counsel and forensic accountant; review of file. | 0.20 | 60.00 |
| 10/29/2012 | NSM | Work on status report for court; telephone conference with counsel for Hilton; review documents and photos relating to wells. | 2.50 | 750.00 |
|  | PC | Telephone conferences with investors regarding status, prepare memo memorializing same, and forward them an e-mail requesting they forward any documents related to investments; respond to Investor e-mails; review documents received from investors and update investor | 7.50 | 750.00 |

| | | | Hours | Amount |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | | database; preparation of binder of documents received from accountant. | | |
| 10/30/2012 | PC | Telephone conference with investors regarding status and calls from individuals associated with Joseph Hilton. | 0.50 | 50.00 |
| | NSM | Continue reviewing records; conference re status of Kapila's site review in Kentucky. | 1.50 | 450.00 |
| 10/31/2012 | PC | Drafting and editing of JP Morgan and Bank of America subpoena duces tecum and Schedule A; organize documents produced or recovered from Hilton's computer by well; telephone conferences with investors, prepare memo memorializing same, and forward them an e-mail requesting they forward any documents related to investment. | 3.50 | 350.00 |
| | DSM | Conferences with counsel concerning efforts to determine oil investment value and review of documents. | 0.70 | 210.00 |
| | NSM | Telephone conference with Kapila & Co. re status of investigation of wells; review documents relating to wells and valuation of wells; emails with counsel for Hilton re deposition; emails with John Carter re deposition; prepare re-notice; review bank records from JB Morgan Chase. | 3.50 | 1,050.00 |
| 11/1/2012 | PC | Receipt and review of bank records from Wells Fargo and organize same per account number; confer with Counsel re: records; draft letter to Wells Fargo re: missing documents which were requested; update Investor Database; receipt and review of documents received from Investors; research process to subpoena Google for e-mails; review e-mails received from investors and respond to same. | 6.75 | 675.00 |
| | NSM | Review data from Hilton's computers; conferences with Kapila & Co re status of Hilton's emails; correspondence with J. Ortiz, counsel for Chase Bank, review bank records; review photos from K. Fugate's wells and onsite evaluation in Kentucky; correspondence with counsel for Hilton re depositions. | 5.50 | 1,650.00 |
| | DSM | Review of email correspondence regarding Wells Fargo documents; review of information regarding John Conley. | 0.90 | 270.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/2/2012 | DSM | Review and analysis of report regarding wells and related matters; conferences with counsel; email correspondence with accountant. | 1.90 | 570.00 |
| | PC | Review criminal docket sheet of John Conley and prepare chart of missing docket entries and download relevant documents from Pacer; telephone conferences with investors regarding status, prepare memo memorializing same, and forward them an e-mail requesting they forward any documents related to investments; download additional pictures from Hilton's computer; forward additional financial documents to accountants for review. | 6.50 | 650.00 |
| | DSM | Email correspondence with counsel regarding funds from the Carter law firm. | 0.25 | 75.00 |
| | NSM | Continued review of Hilton's computers and search for email; conference with Kapila & Co.; conference with counsel; research John Conley's criminal history; review Kapila & Co.'s report re site visits. | 4.50 | 1,350.00 |
| 11/4/2012 | DSM | Email correspondence with counsel and forensic accountant regarding oil well site visit and related issues; review of file. | 1.00 | 300.00 |
| 11/5/2012 | DSM | Conference with counsel; email correspondence with counsel; review of file. | 0.80 | 240.00 |
| | PC | Receipt and review of documents from investors; Telephone conversations with investors regarding status; Review pictures downloaded from Joseph Hilton's computer; telephone conversation with Wells Fargo bank regarding legal process and requested information; edit subpoena to Bank of America; prepare folders for bank and oil well related documents. | 7.50 | 750.00 |
| | NSM | Conference re investors calling and emailing re receivership; emails with Hilton's counsel re computers and email; emails with Receiver's computer advisors re Hilton's emails; several emails with Webraven re Pacific Northwestern email and redirecting to new receivership website. | 4.50 | 1,350.00 |

| | | Hours | Amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 11/6/2012 PC | Preparation of subpoena duces tecum and Notice of Deposition for Webraven and Rackspace US Inc.; preparation of Re-Notice of Deposition for the John Carter Law Firm; cross reference invoices produced by CNG Technology with ones produced by Hilton and others located on his computer; telephone conferences with investors regarding status, prepare memo memorializing same, and forward them an e-mail requesting they forward any documents related to investments. | 7.50 | 750.00 |
| NSM | Continued investigation regarding Hilton's and Pacific Northwestern's emails; emails and discussions with Kapila & Co., and Webraven re email issue; attempt to contact Rackspace Inc.regarding email; draft and edit subpoenas for Carter Law firm, Webraven, and Rackspace; report to SEC counsel re status of email. | 4.30 | 1,290.00 |
| 11/7/2012 PC | Receipt and review of documents from investors; Telephone conversations with investors regarding status; Continued review of documents including but not limited to pictures and videos downloaded from Joseph and Elizabeth Hilton's computer; telephone conversation with Bank of America regarding subpoena; draft letter to TD Bank regarding missing records in response to subpoena; confer with Counsel regarding depositions of Rackspace and Webraven. | 7.50 | 750.00 |
| DSM | Review of file; email with Kapila's office; email with Hilton's counsel. | 0.90 | 270.00 |
| NSM | Email to Rackspace regarding subpoena and email issue; emails with counsel for Hilton regarding deposition of Webraven; discussion with SEC counsel re Webraven deposition; review items from Hilton's computer. | 2.40 | 720.00 |
| 11/8/2012 NSM | Review Hilton's documents; review bank records; work on motion for order to show cause v. Conley; conference with counsel. | 2.50 | 750.00 |
| PC | Receipt and review of documents from investors; telephone conversations with investors regarding status; draft Re-Notice of Taking Deposition of Webraven; receipt and review of additional documents received from | 5.00 | 500.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | JP Chase Bank; confer with accountants regarding outstanding bank records. |  |  |
| 11/9/2012 | NSM | prepare for Hilton's and Carter's depo; review documents; telephone conference with Randall Wright re services provided to Hilton and pacific Northwestern; telephone conference and emails with Kapila & Co. | 5.00 | 1,500.00 |
|  | PC | Review document produced in the matter and prepare exhibits to be used in depositions of Joseph Hilton and John Carter Law Firm; confer with counsel re: same; review draft of Conley and CNG Technology Order to Show Cause and prepare initial exhibits in support of motion. | 7.50 | 750.00 |
|  | DSM | Review of preliminary bank reconstructions. | 0.80 | 240.00 |
| 11/12/2012 | PC | Prepare for and attend depositions of Joseph Hilton and John Carter of The Carter Law Firm; confer with counsel and review e-mails from Webraven regarding scheduling deposition. | 8.50 | 850.00 |
|  | DSM | Conference with counsel concerning deposition issues; review of file. | 0.25 | 75.00 |
|  | LM | Gather and compile materials and exhibits in preparation of deposition. | 2.00 | 200.00 |
|  | NSM | Prepare for and take deposition of Defendant Hilton; conference with Hilton and counsel after deposition; take deposition of John Carter from Carter Law Firm; conferences with SEC re same. | 8.00 | 2,400.00 |
| 11/13/2012 | DSM | Conference with counsel concerning Hilton email issue; review of file. | 0.50 | 150.00 |
|  | PC | Receipt and review of documents from investors; telephone conversations with investors regarding status; draft subpoena duces tecum directed to Rackspace; confer with Counsel regarding status of matter; and Continued review of documents produced by Joseph Hilton. | 6.00 | 600.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/14/2012 | DSM | Edit motion for order to show cause why Conley should not be held in contempt; telephone conference with potential Kentucky counsel; review of file. | 1.20 | 360.00 |
| | PC | Telephone conferences with investors regarding status, prepare memo memorializing same, and forward them an e-mail requesting they forward any documents related to investments; preparation of Re-Notice of taking Deposition of Webraven; continued review of documents produced by Joseph Hilton and cross reference with documents on his computer. | 7.50 | 750.00 |
| | NSM | Review and investigate CNG, Conley, contracts and billing records, mechanics' liens filed in Kentucky; draft motion for order to show cause; review report from Kapila & Co re site visits, meetings with Conley and CNG employees; review frozen accounts; review database of investors and info provided to date. | 4.20 | 1,260.00 |
| 11/15/2012 | PC | Telephone conferences with investors regarding status, prepare memo memorializing same, and forward them an e-mail requesting they forward any documents related to investments; forward requested documents to investors who do not have e-mail or computer access; continued review of documents produced by Joseph Hilton and cross reference with documents on his computer. | 7.00 | 700.00 |
| | DSM | Receipt and review of order regarding scheduling conference; review of file. | 0.25 | 75.00 |
| | NSM | Edit and file motion for order to show cause v. Conley and CNG Technology; emails with SEC counsel; confirm personal service on Conley; emails with Webraven re research into emails and website; review Rains 2T and 3T well documents and contacts with investors. | 3.80 | 1,140.00 |
| 11/16/2012 | PC | Telephone conferences with investors regarding status, prepare memo memorializing same, and forward them an e-mail requesting they forward any documents related to investments; confer with counsel regarding status of depositions; Receipt and review of documents from investors; update investor files and database. | 7.00 | 700.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/19/2012 | PC | Preparation of exhibits to be used in Webraven deposition; confer with counsel regarding same; telephone conferences with investors regarding status, prepare memo memorializing same, and forward them an e-mail requesting they forward any documents related to investments; receipt and review of documents received from investors; update investor files and database. | 7.00 | 700.00 |
| | DSM | Review order to show cause why Conley should not be held in contempt; review of file. | 0.60 | 180.00 |
| | NSM | Prepare for Webraven deposition; review email correspondence re same; investigation re paypal or other accounts of Hilton; review file. | 3.00 | 900.00 |
| 11/20/2012 | DSM | Conference with counsel concerning Webraven deposition; review of file. | 0.40 | 120.00 |
| | PC | Prepare for and attend deposition of Webraven, Inc,; receipt and review of documents received from Webraven pursuant to subpoena. | 5.00 | 500.00 |
| | NSM | Prepare for and take deposition of Webraven Inc., review newly produced electronic records; conference with SEC counsel; additional financial investigation re Hilton; review documents from investors. | 4.50 | 1,350.00 |
| 11/21/2012 | PC | Continued review of documents received from Webraven pursuant to subpoena. | 2.50 | 250.00 |
| | NSM | Review draft status report from Kapila; emails re same. | 1.00 | 300.00 |
| 11/23/2012 | NSM | Review revised report from Kapila; emails re same | 0.50 | 150.00 |
| 11/26/2012 | PC | Receipt and review of e-mails from investor regarding status and respond to same; receipt and review of documents from investors; telephone conversation with Investors regarding status; initial telephone call with investors advising of status and requesting any and all documents related to investment. | 3.70 | 370.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/26/2012 | NSM | Emails with Webraven re search for additional communications with Hilton; review response from Rackspace re terms and conditions of service; work on Receiver's first status report | 2.00 | 600.00 |
| 11/27/2012 | PC | Telephone conference with forensic accountant regarding status of matter; review Wells Fargo Bank records for payments to Hilton personally; review subpoena response from Rackspace, Inc; initial telephone conversation with investors providing status and requesting any and all documents related to investment; and Update Investor Database. | 7.50 | 750.00 |
| | NSM | Conference call with Kapila & Co and paralegal re status of reconstruction of Hilton's financial records, missing bank records, issues with email; review Hilton's records; telephone conference with Stan Cave, attorney, re various issues relating to Receiver's interests in oil wells and plan of further investigation. | 4.50 | 1,350.00 |
| 11/28/2012 | PC | Receipt and review of e-mails from investor regarding status and respond to same; receipt and review of documents from investors; telephone conversation with Investors regarding status and/or requesting any and all documents related to investment. | 4.50 | 450.00 |
| | NSM | Research potential claims for receivership, fraudulent transfer, fraudulent inducement; review file; emails with Stan Cave. | 3.60 | 1,080.00 |
| 11/29/2012 | DSM | Review of file. | 0.50 | 150.00 |
| | PC | Telephone conversations with Investors providing status and/or requesting any and all documents related to investment; update Investor Database; review banking records received pursuant to subpoena and cross reference with records sent to forensic accountant; confer with counsel regarding status of bank records review; update investor physical files with documents received. | 5.00 | 500.00 |
| | NSM | Review documents re deposition of Conley; begin drafting motion for contempt v. Hilton. | 4.50 | 1,350.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/30/2012 | PC | Receipt and review of documents produced by Webraven pursuant to subpoena and deposition; confer with counsel re: same; telephone conversation with Wells Fargo subpoena process department regarding response to subpoena and prepare fax correspondence regarding outstanding questions; telephone conference with forensic accountant regarding status of bank records review; telephone conversation with investors regarding status. | 5.00 | 500.00 |
| | NSM | Review production from Webraven, attempt to reschedule deposition; review file. | 1.50 | 450.00 |
| | | For professional services rendered | 385.30 | $70,090.00 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 9/30/2012 | Photocopying cost 210 copies at 0.15 cents. | 31.50 |
| 10/9/2012 | Parking cost for deposition of Joseph Hilton. | 9.00 |
| 10/19/2012 | Certified mail to Eagle Shipping Center. | 7.17 |
| 10/31/2012 | Postage cost. | 13.55 |
| | Photocopying cost 1316 copies @ 0.15 cents. | 197.40 |
| | Service fee for Subpoena served on Joseph Hilton. | 100.00 |
| 11/12/2012 | Transcript cost for the November 12th deposition of: Joseph Hilton; John Carter of The Carter law Group. | 1,289.35 |
| 11/13/2012 | Process service fee for subpoena served on Rackspace. | 65.00 |
| 11/20/2012 | Outside copying cost for documents from Bank of America further to request for copies of financial transactions. | 96.17 |
| 11/29/2012 | Professional services by D-O-R Lease Service re: CNG Wells in Rockcastle County. | 585.00 |
| 11/30/2012 | Service Fee for out of town service of Subpoena on: Webraven, 82 Lincoln Street, Augustine, FL.; Rackspace US Inc., c/o Capital Corporate Services Inc., Office Plaza Drive, Suite A, Tallahassee, FL 32301. | 260.00 |

|  |  | Amount |
|---|---|---|
| 11/30/2012 | Photocopying cost 2899 copies @ 0.15 cents. | 434.85 |
|  | Computerized research expense. | 18.34 |
|  | Postage cost. | 19.65 |
|  | FedEx delivery expenses to multiple banks from October 30th to November 21st. | 252.48 |
|  | Total costs | $3,379.46 |
|  | Total amount of this bill | $73,469.46 |
|  | Balance due | $73,469.46 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| David S. Mandel | 25.55 | 300.00 |
| Nina Stillman Mandel | 131.70 | 300.00 |
| Camellia Noreiga | 1.10 | 200.00 |
| Leonardo Mauricio | 2.00 | 100.00 |
| Paul Crespo | 224.95 | 100.00 |