# Exhibit A

**MANDEL & MANDEL LLP**
1200 Alfred I. duPont Building
169 East Flagler Street
Miami, Florida 33131
Telephone: (305) 374-7771
Facsimile: (305) 374-7776

Tax I.D. # 65-0963493

Re: Securities and Exchange Commission v. Joseph Hilton et al.

For the period ending March 31, 2013                                                  Invoice #  15657

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/3/2012 | NSM | Attend status conference with Magistrate Judge via telephone; review documents filed by John Conley in response to motion for order to show cause; prepare for Conley's deposition; review info from Kapila & Co re status of the wells. | 3.50 | 1,050.00 |
|  | PC | Receipt and review of John Conley and CNG's Response to Order to Show Cause; Review Bank of America records received pursuant to subpoena and confer with counsel and accountant; and telephone conversation with investors regarding status and requesting documents related to their investment and prepare memo summarizing same. | 4.50 | 450.00 |
| 12/4/2012 | NSM | Work on status report; review file; email and telephone conference with counsel for JP Morgan Chase bank; review investor data; conferences with team.; review emails from Stan Cave re status of wells from Kentucky oil ministry; discussion re same. | 3.50 | 1,050.00 |
|  | PC | Receipt and review of Answer by Joseph Hilton to Complaint; continued review of e-mails provided by Webraven in preparation for continuation of deposition; and telephone conversation with investors regarding | 4.00 | 400.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | status and requesting documents related to their investment and prepare memo summarizing same. | | |
| 12/5/2012 | DSM | Review Conley's response and review of file; edit status. | 0.80 | 240.00 |
| | NSM | Edit status report; continued effort to get all bank records; review info from Stan Cave; begin drafting reply memo re CNG. | 2.50 | 750.00 |
| | PC | Review Oil Well Assets Memo prepared by Kapila investigator; prepare John Conley cross notice of deposition; telephone conversation with Bank of America regarding response to subpoena for records and fax letter to bank memorializing same; review draft of Interim Status Report; continued review of Webraven documents for continuation of deposition; and telephone conversation with investors regarding status and requesting documents related to their investment and prepare memo summarizing same. | 7.00 | 700.00 |
| 12/6/2012 | NSM | Finalize and file receiver's first status report | 0.70 | 210.00 |
| | PC | Review final draft of Interim Status Report; receipt and review of records received from JP Morgan and forward to accountant; telephone conversations with investors regarding Interim Status Report; update investor database and files. | 6.50 | 650.00 |
| 12/7/2012 | PC | Initial telephone conversation with investors regarding status and requesting documents related to their investment and prepare memo summarizing same; various telephone conversations with investors regarding questions about Interim Status Report; receipt and review of documents received from investors and update files; update investor database; and review TD Bank and Wells Fargo bank records for investor checks deposited into account in violation of TRO. | 5.50 | 550.00 |
| 12/10/2012 | NSM | Prepare for Conley's deposition; draft motion for extension of time to reply to Conley's response to order to show cause. | 3.00 | 900.00 |
| | PC | Receipt and review of fax from CNG Technology re: status; review CNG documents produced by John Conley and documents located on Joseph Hilton's computer in | 6.00 | 600.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | preparation for deposition; confer with counsel re: same; telephone conversations with investors re: questions with the Interim Status Report; and review TD Bank and Wells Fargo Bank records in preparation for creating chart of deposits. |  |  |
| 12/11/2012 | DSM | Review of file. | 0.25 | 75.00 |
|  | PC | Telephone conversations with investors re: Interim Status Report; and Confer with counsel re: scheduling continuation deposition of Webraven. | 1.00 | 100.00 |
| 12/12/2012 | PC | Preparation of exhibits to be used at John Conley's deposition; Receipt and review of additional documents from Wells Fargo; Draft Notice of Continued Deposition of Webraven and forward same to counsel; and telephone calls with investors re: Interim Status Report. | 2.80 | 280.00 |
|  | NSM | Prepare for deposition of John Conley; travel to Lexington, KY. | 6.00 | 1,800.00 |
| 12/13/2012 | PC | Preparation of charts reflecting deposition made by Joseph Hilton into TD Bank and Wells Fargo; and prepare draft of Schedule A to be attached to subpoena directed to C&L Purchasing. | 2.00 | 200.00 |
|  | NSM | Attend deposition of John Conley. | 5.50 | 1,650.00 |
| 12/14/2012 | PC | Review notes re: off the records conversation with Joseph Hilton and prepare memo memorializing same; receipt and review of documents from investors; telephone conversation with investors re: Interim Status Report; and update investor database. | 2.50 | 250.00 |
|  | NSM | Return from Lexington, KY. | 5.00 | 1,500.00 |
| 12/17/2012 | DSM | Edit response on Conley contempt; review of file; conference with counsel. | 1.00 | 300.00 |
|  | NSM | Draft and file reply memo re show cause order v. Conley; review new documents from North American Energy. | 5.80 | 1,740.00 |
|  | PC | Receipt and review of documents from investors; Review and respond to e-mails from investors re Interim Status Report; Confer with counsel re confirming Webraven | 5.00 | 500.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | Hours | Amount |
|------------|-----|-----|-----|-----|
|            |     | deposition and exhibits; Prepare Webraven deposition exhibits; Telephone conversations with investors re status; and update investor database and physical files. | | |
| 12/18/2012 | NSM | Prepare for, review documents and complete deposition of Webraven. | 3.00 | 900.00 |
|            | DSM | Review of file. | 1.00 | 300.00 |
|            | PC  | Confer with counsel re final set of exhibits to be used during Webraven deposition; receipt and review of documents from Bank of America, Chase Bank, and North American Energy Exchange; confer with accountant and counsel re same; review Receiver's Reply to John Conley's Response to Order to Show Cause; forward copies of status report and documents of interests to various investors who do not have e-mail access; and telephone conversations with investors requesting copies of e-mails they received from Joseph Hilton . | 7.50 | 750.00 |
| 12/19/2012 | NSM | Revise and finalize subpoena to C&L; draft demand letter tp CNG; draft letter to Norris Well Service; review file. | 2.50 | 750.00 |
|            | PC  | Prepare subpoena duces tecum directed to C&L Purchasing; Confer with counsel and accountant re status of reconstruction of finances; Telephone conversations with investors requesting copies of e-mails they received from Joseph Hilton; and Receipt and review of documents from investors including but not limited to copies of e-mails they received from Joseph Hilton. . | 5.50 | 550.00 |
| 12/20/2012 | NSM | Revise and send out demand letter to CNG Technology; draft and send out letters to various businesses that CNG contracted with to conduct well investigations or measurements; research re same. | 2.00 | 600.00 |
|            | DSM | Edit motion regarding fees; review of file. | 1.00 | 300.00 |
|            | PC  | Telephone conversation with Wells Fargo branch manager re transfers reflected on bank statements; confer with counsel and accountant re same; receipt and review of documents from Chase Bank; telephone conversations with investors re status and requesting copies of e-mails | 5.00 | 500.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  | they received from Joseph Hilton; receipt and review of documents provided by investors; and update database. |  |  |  |
| 12/21/2012 NSM | Review depo transcripts - Webraven; start drafting show cause motion v. Hilton. |  | 1.00 | 300.00 |
| PC | Receipt and review of additional documents received from Chase Bank and confer with counsel and accountants; preparation of chart of land lessors; telephone conversation with Wells Fargo branch manager regarding statements; confer with counsel re: same; prepare e-mail directed to Wells Fargo branch manager memorializing same; receipt and review of e-mails between investors and Joseph Hilton; telephone conversation with investor regarding deposition and advise counsel re: same. |  | 4.00 | 400.00 |
| 12/26/2012 PC | Review Hilton's Initial Disclosure and SEC's Motion to Strike Affirmative Defenses; receipt and review of investment documents and e-mails from investors; and update investor database. |  | 2.00 | 200.00 |
| 12/27/2012 PC | Telephone conversations with investors re status and update investor database; and receipt and review of investment documents from investors. |  | 2.00 | 200.00 |
| 12/28/2012 PC | Telephone conversations with investors re status and requesting copies of e-mails they received from Joseph Hilton; receipt and review of documents provided by investors including but not limited to investment related documents and e-mails. |  | 4.00 | 400.00 |
| 12/31/2012 PC | Receipt and review of documents provided by investors including but not limited to investment related documents and e-mails with Joseph Hilton/Pacific Northwestern Energy. |  | 2.00 | 200.00 |
| 1/2/2013 NSM | Legal research re claims; review file. |  | 2.50 | 750.00 |
| PC | Receipt and review of updated financial reconstructions from accountant; and continued review of Hilton e-mails provided by investors. |  | 2.00 | 200.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/3/2013 NSM | Review Conley depo transcript; research possible legal claims; review court filings; conference with SEC; draft subpoena for documents relating to well logs. | | 3.50 | 1,050.00 |
| DSM | Conference with counsel concerning Conley filing; review of file. | | 0.40 | 120.00 |
| PC | Telephone conference with investors re: status and update investor database; receipt and review of John Conley's response to Receiver's Application for Fees; confer with counsel and draft subpoena to Wells Fargo Bank re: possible additional account located on records previously produced; Receipt and review of John Conley deposition transcript and scan and forward exhibits to co-counsel. | | 4.50 | 450.00 |
| 1/4/2013 NSM | Telephone conference with oil well expert M. Sanders and local counsel Stan Cave re plan to evaluate wells; gather additional records to forward to expert; review documents; review John Conley's depo transcript; research claims. | | 3.40 | 1,020.00 |
| DSM | Telephone conference with expert and Mr. Cave and counsel; review of file. | | 1.00 | 300.00 |
| PC | Telephone conference with Cecil Lane and C&L Purchasing re: documents responsive to subpoena and confer with counsel re: same; revise subpoena directed to Wells Fargo bank for records re: possible personal account; confer with counsel re: oil expert and forward documents to same for review; review electronic Log Rhythm Reports related to oil wells; telephone conversations with investors re: status and forward status report to same; and continued review of Hilton e-mails provided to investors. | | 5.00 | 500.00 |
| 1/7/2013 NSM | Review correspondence from John Conley; review SEC's motion to strike; review documents re drilling analyses; draft and finalize subpoena to CNG Technology; legal research re claims. | | 3.50 | 1,050.00 |
| DSM | Review of file. | | 1.00 | 300.00 |
| PC | Drafting and editing of subpoena duces tecum directed to CNG Technology; Confer with counsel re: documents received from C&L Purchasing and Norris Well Services | | 5.00 | 500.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | and forward same to accountant and expert; and create electronic investor files and scan documents received. |  |  |
| 1/8/2013 | PC | Preparation of CD for opposing and co-counsel of documents received pursuant to subpoena from banks and vendors; draft correspondence to same enclosing CD; receipt and review of documents received from Norris Well Services and scan and forward same to expert; confer with counsel re: status of and continued review of Hilton e-mails sent to investors; and continued create electronic investor files and scan documents received. | 5.00 | 500.00 |
| 1/9/2013 | NSM | Review emails from Hilton to investors; review documents; prepare for depositions; emails with opposing counsel and SEC. | 2.20 | 660.00 |
|  | PC | Telephone conversations with investors re: status; update investor database to reflect same; and continued creation of electronic investor files and scan documents received. | 5.80 | 580.00 |
| 1/10/2013 | NSM | Review investors' documents; review financial summaries. | 2.50 | 750.00 |
|  | PC | Receipt and review of documents received from Alex Schlavosky (investor); telephone conversation with investors re: status of matter; review and respond to e-mails from investors re: status; update Investor Database; and continued creation of electronic investor files and scan documents received. | 5.00 | 500.00 |
|  | DSM | Review of response to motion to strike; review of file. | 0.40 | 120.00 |
| 1/11/2013 | NSM | Review financial summaries; review investors' files; correspondence w/J. Conley; email correspondence with K. Kendrick, counsel for Weatherford; telephone conference with SEC counsel. | 3.30 | 990.00 |
|  | PC | Drafting and editing of Cross Notice of Deposition of Joseph Hilton and Schedule A; telephone conversation with investors re: status; and continued creation of electronic investor files and scan documents received. | 4.00 | 400.00 |
| 1/14/2013 | DSM | Conference with counsel and review of file. | 1.00 | 300.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/14/2013 | NSM | Legal research on potential claims v CNG; review file. | 2.50 | 750.00 |
| | PC | Receipt and review of Weatherford and forward same to expert and opposing and co counsel; review bank reconstructions prepared by accountant; telephone conference with counsel and accountant re: same; continued review of e-mails between investors and Joseph Hilton; telephone conversations with investors re: status; and update investor database. | 5.50 | 550.00 |
| 1/15/2013 | DSM | Review of file. | 0.70 | 210.00 |
| | NSM | prepare for depo of Joseph Hilton. | 2.00 | 600.00 |
| | PC | Receipt and review of investor documents and scan to create electronic file; continued review of e-mails between investors and Joseph Hilton; telephone conversations with investors re: status; update investor database; and prepare CD of documents produced by CNG Technology to forward to same to assist in responding to subpoena. | 4.50 | 450.00 |
| 1/16/2013 | NSM | Review documents re Conley, C&L, et al; research potential claims. | 1.80 | 540.00 |
| | PC | Receipt and review of documents from investors and scan to create electronic file; continued review of e-mails between investors and Joseph Hilton; and telephone conversations with investors re: status. | 4.00 | 400.00 |
| 1/17/2013 | PC | Receipt and review of documents from Wells Fargo and confer with counsel and accountants re: same; receipt and review of documents from investors and scan to create electronic file; continued review of e-mails between investors and Joseph Hilton; telephone conversations with investors re: status; update investor database; telephone conversations with the Clerk of the Courts for the Eastern and Western District of Kentucky re: registering receivership; and prepare correspondence to same enclosing documents and filing fee. | 6.00 | 600.00 |
| | NSM | Research re potential claims; emails with Kapila & Co. re status of mail, financial records, etc. | 2.00 | 600.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 1/18/2013 | PC | Telephone conversation with the Wells Fargo bank subpoena processing department re: response to subpoena duces; review previous Joseph Hilton deposition exhibits and documents in preparation for deposition scheduled for 01/22 and confer with counsel re: same; and telephone conversations with investors re: status and update investor database to reflect same. | 4.50 | 450.00 |
|  | NSM | Review documents and prepare for Hilton deposition | 2.50 | 750.00 |
| 1/22/2013 | DSM | Conference with counsel concerning Hilton deposition; review of file. | 0.40 | 120.00 |
|  | PC | Assist counsel during Hilton's deposition; telephone conference with accountant to discuss and review various deposits made by Hilton; receipt and review of documents from investors and scan to create electronic file; update investor database; and telephone conversations with investors re: status. | 4.00 | 400.00 |
|  | NSM | Prepare for and attend deposition of J. Hilton. | 5.50 | 1,650.00 |
| 1/23/2013 | PC | Drafting of Cross Re-Notice of Continued Deposition of Joseph Hilton; and telephone conversations with investors re: status and update investor database. | 2.50 | 250.00 |
|  | DSM | Review of draft response to Conley's objections. | 0.30 | 90.00 |
|  | NSM | Review documents; emails with SEC; review depo notice. | 1.80 | 540.00 |
| 1/24/2013 | PC | Research Pacer to confirm receivership registration in the Kentucky Western and Eastern District Court; telephone conversations with investors re: status; receipt and review of documents and e-mails received from investors; and update investor database and investor files. | 4.00 | 400.00 |
|  | DSM | Review of file. | 0.80 | 240.00 |
|  | NSM | Telephone conference with Randy Wheeler and A. Berlin; review files in preparation for call; draft memo to file. | 3.20 | 960.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/25/2013 | PC | Review Plaintiff's Trial Witness List and cross reference with investor database; preparation of additional exhibits to be used during Hilton's continued deposition; and telephone calls with investors re: status and update investor database to reflect same. | 4.00 | 400.00 |
|  | NSM | Review updated bank reconstructions from Kapila & Co. for Pacific NW, Rock Castle Funds, and Hilton's personal accounts; organize documents for Hilton's continued deposition. | 2.30 | 690.00 |
| 1/28/2013 | PC | Receipt and review of Joseph Hilton deposition DVD; telephone conversation with investors re: status and update database to reflect same; receipt and review of documents from investors and update investor files; telephone conversation with Wells Fargo bank re: missing documents; and confer with counsel re: bank records and status of matter. | 5.00 | 500.00 |
| 1/29/2013 | PC | Preparation of deposition digest re: John Conley. | 4.00 | 400.00 |
| 1/30/2013 | PC | Continued preparation of deposition digest re: John Conley. | 1.50 | 150.00 |
| 1/31/2013 | PC | Telephone conversation re: status and update investor database to reflect same; and continued preparation of deposition digest re: John Conley. | 2.50 | 250.00 |
|  | NSM | Emails re scheduling Hilton's continued deposition; review documents forwarded by Randy Wheeler re drilling contracts. | 2.20 | 660.00 |
| 2/1/2013 | PC | Continued preparation of deposition digest re: John Conley. | 2.00 | 200.00 |
|  | NSM | Review Homeland documents; prepare for Hilton deposition. | 1.20 | 360.00 |
| 2/4/2013 | PC | Finalize preparation of deposition digest re: John Conley; and confer with counsel re: preparation of exhibits for continued deposition of Joseph Hilton. | 4.50 | 450.00 |
| 2/5/2013 | DSM | Telephone conference with expert and Mr. Kapilla and counsel; review of file. | 0.40 | 120.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/5/2013 | PC | Preparation of digest of Joseph Hilton's 01/22/2013 deposition; confer and assist counsel with deposition preparation re: Hilton's continued deposition on 02/06/2013; telephone conversations with investors re: status and update database to reflect same; and receipt and review of preliminary report from oil consultant re: status of Pacific wells. | 5.50 | 550.00 |
|  | NSM | Review files re investor contacts with Hilton, bank records; prepare for Hilton's deposition; review Conley's sur-reply court filing; draft motion to strike; confer with A. Berlin re same; review draft report from M. Saunders and telephone conference. | 5.00 | 1,500.00 |
| 2/6/2013 | PC | Preparation of exhibits to be used by counsel during Joseph Hilton's continued deposition; assist counsel during deposition; and telephone conversation with accountant re: copies of checks and related documents. | 3.50 | 350.00 |
|  | NSM | Prepare for and take deposition of J. Hilton; conference with counsel; file motion to strike Conley's sur-reply. | 5.50 | 1,650.00 |
| 2/7/2013 | PC | Review and scan documents produced by John Conley and CNG Technology and cross reference with various documents previously produced by same; and telephone conversations with investors re: status. | 3.50 | 350.00 |
|  | NSM | Review Hilton's letter re Rule 11 motion demanding SEC dismiss case; Review documents from "Reputation Changer" | 0.80 | 240.00 |
| 2/8/2013 | PC | Receipt and review of documents from investors and update files; and telephone conversation with investors re: status and update database to reflect same. | 1.50 | 150.00 |
|  | NSM | Review Wells Fargo documents; telephone conference with M. Davis re same; discussion re tax advice to investors. | 1.60 | 480.00 |
| 2/11/2013 | PC | Preparation of electronic deposition digest re: Joseph Hilton's 01/22/2013 deposition; telephone conversation with investors re: status and update investor database to reflect same; and receipt and review of Hilton's First Request to Produce to SEC. | 4.50 | 450.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/11/2013 | NSM | Review Hilton's document request to SEC. | 0.80 | 240.00 |
| 2/12/2013 | PC | Continued preparation of electronic deposition digest re: Joseph Hilton's 01/22/2013 deposition; telephone conversation with investors re: status and update investor database to reflect same; receipt and review of AFE for oil well provided by expert; and review final CNG Technology transfers chart provided by accountant. | 3.80 | 380.00 |
| | NSM | Review documents from M. Saunders re drilling contracts. | 0.50 | 150.00 |
| 2/13/2013 | PC | Continued preparation of electronic deposition digest re: Joseph Hilton's 01/22/2013 deposition; telephone conversation with investors re: status and update investor database to reflect same; and review documents produced by Joseph Hilton for corporation documents of the Rock Castle entities. | 3.00 | 300.00 |
| | NSM | Prepare for and conduct telephone interview with Jerry Love; review Hilton's files. | 2.00 | 600.00 |
| 2/14/2013 | PC | Continued preparation of electronic deposition digest re: Joseph Hilton's 01/22/2013 deposition; and telephone conversation with investors re: status and update investor database to reflect same. | 3.50 | 350.00 |
| 2/15/2013 | PC | Preparation of deposition summary re: John Conley; and telephone conference with the SEC and Christopher Farmer and prepare memo memorializing same. | 6.00 | 600.00 |
| 2/18/2013 | NSM | Review M. Sanders report on oil wells. | 1.00 | 300.00 |
| 2/19/2013 | PC | Receipt and review of Independent Oil Well Evaluation Report; telephone conversation with investors re: status and update investor database to reflect same; telephone conversation with Gilco Oil Services to request copy of camera/video logs; and continued preparation of summary of John Conley's deposition. . | 4.50 | 450.00 |
| | NSM | prepare memo to file re Jerry Love interview; email correspondence with Eagle Shipping owner; review oil well data from logs. | 1.50 | 450.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/20/2013 PC | | Receipt and review of Accountant's investor database and cross reference with internal database as well as investors files to determine which investors have not been contacted; telephone conversation with accountant re: review of Independent Oil Well Evaluation; and receipt of review of 2 bankers boxes of Hilton original files and cross reference with documents produced previously by Hilton. | 7.50 | 750.00 |
| | NSM | Telephone conferences with M. Sanders, Kapila & Co. re oil well report; conference with counsel re same. | 1.00 | 300.00 |
| 2/21/2013 PC | | Continued review of 2 bankers boxes of Hilton original files and cross reference with documents produced previously by Hilton; organize files contained in boxes by business entities; confer with counsel re: review of documents; receipt and review of fax from investors re: questions regarding taxes and confer with counsel; telephone conversation with accountant to review documents regarding specific $7,000 payment to CNG Technology; and perform Internet research to locate Kentucky oil trade magazines and websites to post possible ad to sell oil wells. | 7.50 | 750.00 |
| | NSM | Follow-up re financial dealings between Hilton and John Carter law firm; review oil well records. | 0.70 | 210.00 |
| 2/22/2013 PC | | Telephone conversation with investors re: status and update investor database to reflect same; and continued preparation of summary of John Conley's deposition. | 4.00 | 400.00 |
| 2/25/2013 NSM | | Telephone conference with S. Kapilia and M. Davis re advice to investors re tax issues, partnership issues, etc.; review files re same. | 0.70 | 210.00 |
| 2/28/2013 PC | | Continued preparation of summary of John Conley's deposition. | 4.00 | 400.00 |
| 3/1/2013 PC | | Telephone conversation with investors re: status of matter and update database to reflect; initial telephone conversation with investor and prepare e-mailing requesting investment related material and providing First Interim Status Report; receipt and review of e-mails from investors re: status and tax information and respond to | 3.50 | 350.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | same; confer with counsel re: status of matter; and update investor files with documents received from investors. | | |
| 3/4/2013 | PC | Telephone conversation with investors re: status of matter and tax questions; and update investor database to reflect same. | 1.50 | 150.00 |
| 3/5/2013 | PC | Telephone conversation with investors re: status of matter and tax questions; and update investor database to reflect same. | 2.00 | 200.00 |
| 3/6/2013 | PC | Telephone conversation with investors re: status and update investor database to reflect same. | 2.00 | 200.00 |
| 3/12/2013 | PC | Update investor files with copies of e-mails and documents received from investors. | 1.00 | 100.00 |
| 3/13/2013 | DSM | Review of file. | 0.60 | 180.00 |
| 3/14/2013 | CN | Discussion with NSM re researcj for potential case against co-conspirator. | 0.30 | 60.00 |
| 3/15/2013 | CN | Research potential claims for aiding and abetting fraud and rescission in Kentucky. | 5.00 | 1,000.00 |
| 3/18/2013 | PC | Telephone conversation with investors re: status of matter. | 1.00 | 100.00 |
| | CN | Continue research on aiding and abetting fraud and rescission. | 4.50 | 900.00 |
| 3/19/2013 | DSM | Email correspondence with counsel; review of file. | 0.30 | 90.00 |
| 3/20/2013 | PC | Telephone conversations with investors re: status and tax reporting for 2012; and update investor database to reflect same. | 1.50 | 150.00 |
| 3/21/2013 | DSM | Receipt and review of permanent injunction orders. | 0.50 | 150.00 |
| | NSM | Review and revise statement re tax treatment of victims' losses in Hilton fraud; conference re same. | 0.50 | 150.00 |
| 3/25/2013 | PC | Confer with counsel and finalize memo to investors re: treatment as victims and send via e-mail to investors; receipt and review of e-mails from investors re: status; | 4.00 | 400.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | and telephone conversation with investors re: memo and 2012 taxes. |  |  |
| 3/26/2013 | PC | Receipt and review of e-mails from investors requesting status and tax information and respond to same; and telephone conversations with investors re: status and update database to reflect same. | 4.00 | 400.00 |
| 3/27/2013 | PC | Receipt and review of e-mails from investors requesting status and tax information and respond to same; and telephone conversations with investors re: status and update database to reflect same. | 4.50 | 450.00 |
| 3/28/2013 | NSM | Review court filings. | 0.20 | 60.00 |
|  | PC | Telephone conversations with investors re: status and questions on tax reporting; and update database to reflect same. | 4.50 | 450.00 |
| 3/29/2013 | CN | Research issues between tort and contract and possible claims in Kentucky. | 2.10 | 420.00 |
|  | PC | Review SEC v. Hilton docket sheet, oil & gas expert report, final bank reconstructions from accountant, First Interim Status Report, and investor database and prepare initial draft of Second Status Report; and confer with counsel re: same. | 4.50 | 450.00 |
|  |  | For professional services rendered | 407.35 | $67,035.00 |

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 12/12/2012 | Airline travel expense for counsel to attend Kentucky for the December 13th deposition of John Conley.. | 1,351.20 |
| 12/14/2012 | Parking at Miami International airport. (counsel attending deposition in Kentucky) | 51.00 |
|  | Hotel expense for counsel attending deposition in Kentucky. | 484.06 |
|  | Taxi expense from Kentucky airport to hotel and return from hotel to Kentucky airport. | 40.00 |

| Date | Description | Amount |
|---|---|---:|
| 12/18/2012 | Outside copying cost from Bank of America re: Subpoena for copies of Joseph Hilton's personal accounts. | 68.05 |
| 12/19/2012 | Zielinski Creative invoice for :Initial web site set up; domian hosting; website up dates. Services October 17, 2012 to December 18, 2012. | 1,505.04 |
| 12/20/2012 | Process service fee for out of town Subpoena served on: C&L Purchasing Inc., 8915 Lexington Road, Lancaster, KY 40444. | 180.00 |
| 12/31/2012 | Transcript cost for the deposition of William Gebhard on November 20, 2012 held in Saint Augustine, Florida. | 596.05 |
| | Postage cost. | 10.40 |
| | Photocopying cost at 0.15 cents. | 291.45 |
| 1/3/2013 | Outside copying cost for documents from Norris Well Service Inc. | 30.00 |
| 1/7/2013 | Process server fee for Subpoena served on Wells Fargo Bank January 7, 2013. | 50.00 |
| 1/9/2013 | Process service fee for out of town service on CNG Technology. Subpoena issued to them January 8, 2013. Served January 9, 2013. | 180.00 |
| 1/15/2013 | Outside copying cost for copies of court documents from the Eastern District of Kentucky and the Western District. | 92.00 |
| 1/16/2013 | Transcript cost for deposition of William Gebhard on December 18, 2012 in Saint Augustine, Florida | 783.00 |
| | JPMorgan Chase costs for document production issued to Receiver further to subpoena. | 155.00 |
| 1/17/2013 | Outside copying cost from Wells Fargo Bank for documents produced further to January 4, 2013 Subpoena served on the bank. | 32.75 |
| 1/22/2013 | Transcript cost for the video portion of the January 22, 2013 deposition of Joseph Hilton. | 766.25 |
| 1/31/2013 | FedEx overnight delivery expense. | 205.43 |
| | Photocopying cost @ 0.15 cents per copy. | 180.45 |
| | Postage cost. | 4.40 |

|  |  | Amount |
|---|---|---:|
| 1/31/2013 | Computerized research expense. | 22.23 |
| 2/28/2013 | Computerized research expense. | 3.64 |
|  | Postage cost. | 2.30 |
|  | Photocopying cost @ 0.15 cents per copy. | 127.80 |
| 3/31/2013 | Zielinski Creative invoice for: updates to website for the month of March. | 190.00 |
|  | Photocopying cost 317 copies @ 0.15 cents. | 47.55 |
|  | Postage cost. | 0.65 |
|  | Computerized research expense. | 71.40 |
|  | Total costs | $7,522.10 |
|  | Total amount of this bill | $74,557.10 |
|  | Previous balance | $73,469.46 |
| 3/1/2013 | Payment - thank you. | ($73,469.46) |
|  | Total payments and adjustments | ($73,469.46) |
|  | Balance due | $74,557.10 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---:|---:|
| David S. Mandel | 11.85 | 300.00 |
| Nina Stillman Mandel | 113.70 | 300.00 |
| Camellia Noreiga | 11.90 | 200.00 |
| Paul Crespo | 269.90 | 100.00 |