# Exhibit C

# Invoice

**LAW OFFICE OF STAN CAVE & ASSOCIATES**
P.O. Box 910457
Lexington, KY 40591-0457

| Date | Invoice # |
|---|---|
| 1/16/2013 | 3237 |

**Bill To**
Pacific Northwestern Energy, LLC
c/o Nina Stillman Mandel
1200 Alfred I. duPont Building
169 East Flagler Street
Miami, Fl 33131

| Terms | Project |
|---|---|
| Due on receipt | Joseph Hilton |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | 11/27/12 Review oil leases, assignments and contracts; telephone call Ms. Nina Mandel regarding status. | 300.00 | 300.00 |
| 0.75 | 11/28/12 Research mechanic's and materialmans' liens; draft email to Ms. N. Mandel regarding notice and filing deadlines for liens; telephone call Mr. Mike Sanders regarding geological evaluation of wells. | 300.00 | 225.00 |
| 0.5 | 12/04/12 Draft email to Mr. Mike Sanders regarding well permits; draft email to Ms. N. Mandel regarding status; telephone call Mr. Marvin Combs at KDNR Oil and Gas Division regarding status. | 300.00 | 150.00 |
| 0.25 | 12/05/12 Telephone call Mr. M. Combs regarding status; draft email to client regarding same. | 300.00 | 75.00 |
| 0.25 | 12/21/12 Telephone call Mr. M. Sanders regarding well status; draft correspondence to Ms. N. Mandel regarding same. | 300.00 | 75.00 |
| 0.5 | 01/02/13 Review Mr. M. Sanders engagement letter; review correspondence from Ms. N. Mandel regarding wells; draft correspondence to Mr. M. Sanders regarding work on status of wells. | 300.00 | 150.00 |

Reminder

**Total** $975.00