**Exhibit D**

MICHAEL P. SANDERS
836 EUCLID AVE., SUITE 305
LEXINGTON, KENTUCKY 40502

OIL and GAS EXPLORATION
CONSULTING GEOLOGIST
KPG #576

OFFICE & FAX: (859)-266-6546
MOBILE: (859)-421-8406
HOME: (859)-266-5877

February 26, 2013

Invoice 13-03

Professional Services
Well Evaluations
Rockcastle & Clinton Co, Ky.

Pacific Northwestern Energy, LLC, Receivership
c/o Mandrel & Mandrell LLC
1200 Alfred I. Dupont Bldg.
169 East Flagler Street
Miami, Florida 33131

Expenses:

| | |
|---|---|
| 472 Miles @ .50/Mile | $236.00 |
| 28 Hours @ $100/Hr. | $2800.00 |
| 20 Hours @ NC | NC |
| Total Invoice | $3036.00 |