UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81033-CIV-MIDDLEBROOKS/BRANNON

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOSEPH HILTON, f/k/a JOSEPH YURKIN,
PACIFIC NORTHWESTERN ENERGY LLC, et al.,

    Defendants.
_____/

### ORDER APPROVING RECEIVER'S FINAL STATUS REPORT AND GRANTING RECEIVER'S MOTION TO CLOSE RECEIVERSHIP

THIS CAUSE comes before the Court on the Receiver's Final Status Report and Motion to Close Receivership, filed April 14, 2017. (DE 216). The Court has reviewed, approves and accepts the Final Status Report, and further finds that once the Receiver has completed the remaining tasks identified in the Final Status Report (DE 215), David S. Mandel will have fully satisfied his obligations as Receiver in this matter. Moreover, the Court has reviewed the Motion to Close filed by the Receiver and specifically grants each motion made therein.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that the Receiver's Motion to Close the Receivership and to relieve the Receiver of all further obligations in this matter (DE 2016) is **GRANTED**. After the Receiver has completed the obligations set forth in this Order, and has taken any other steps the Receiver believes is necessary and proper to conclude his duties as Receiver, David S. Mandel shall be relieved of all further obligations as Receiver for Defendants Pacific Northwestern Energy LLC, Rock Castle Drilling Fund LP, Rock Castle Drilling Fund II LP, and Rock Castle Drilling Fund III LP, the Receivership Entities, and this

Receivership shall be terminated. At that time, the Receiver shall file a notice of completion of duties with this Court and the Receivership shall be deemed terminated as of the date of that notice. At that time, the Court will enter an order administratively closing this matter.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this _12_ day of May, 2017.

                                                DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record