UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81033-CIV-MIDDLEBROOKS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOSEPH HILTON, f/k/a JOSEPH YURKIN,
PACIFIC NORTHWESTERN ENERGY LLC, et al.

    Defendants.
_____/

## RECEIVER'S NOTICE OF COMPLETION OF DUTIES

David S. Mandel, in his capacity as Receiver for Defendants Pacific Northwestern LLC, Rock Castle Drilling Fund LP, Rock Castle Drilling Fund II LP, and Rock Castle Drilling Fund III LP, by and through undersigned counsel and pursuant to this Court's Order Approving Receiver's Final Report and Granting Receiver's Motion to Close Receivership [DE 219], hereby gives notice to this Court that he has completed all duties required of him as Receiver and that, in accordance with the Order, the Receivership shall be deemed terminated as of the date of this Notice. It has been an honor to serve this Court as Receiver.

    Respectfully submitted,

    MANDEL & MANDEL LLP
    Counsel for the Receiver, David S. Mandel
    1200 Alfred I. duPont Building
    169 East Flagler Street
    Miami, Florida 33131
    Telephone: 305.374.7771
    Facsimile: 305.374.7776
    nsm@mandel.law

    By:   */s/ Nina Stillman Mandel*
           NINA STILLMAN MANDEL, FBN 843016

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF this 11th day of August, 2017.

*/s/ Nina Stillman Mandel*